Myspace, Inc. v. Wallace et al — Doc. 1

AO 451 (Rev.12/93) Certification of Judgment

FILED

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

2008 SEP 30 PM 1:01

MYSPACE, INC., a Delaware Corporation,

Plaintiff,

V.

SANFORD WALLACE D/B/A FREEVEGASCLUBS.COM, REAL-VEGAS-SINS.COM, and FEEBLE MINDED PRODUCTIONS, an individual; WALTER RINES, an individual; ONLINE TURBO MERCHANT, INC., a corporation; and ODYSSEUS MARKETING, INC., a corporation,

Defendants.

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

3:08-mc-37-J-16MCR

Case Number: CV-07-1929 ABC (AGRx)

I, __SHERRI R CARTER_____ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action _____May 29, 2008_____, as it
Date

appears in the records of this court, and that no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

03 JUL 2008
Date

SHERRI R CARTER

Clerk

_(signature)_
(By) Deputy Clerk

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (*) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(* Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

American LegalNet, Inc.
www.FormsWorkflow.com
LA127,582,122v1 077641010300
Dockets.Justia.com

GREENBERG TRAURIG, LLP
IAN C. BALLON (SBN 141819)
WENDY M. MANTELL (SBN 225544)
LORI CHANG (SBN 228142)
NINA D. BOYAJIAN (SBN 246415)
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email: ballon@gtlaw.com, mantellw@gtlaw.com

Attorneys for Plaintiff
MYSPACE, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYSPACE, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SANFORD WALLACE D/B/A FREEVEGASCLUBS.COM, REAL-VEGAS-SINS.COM, and FEEBLE MINDED PRODUCTIONS, an individual; WALTER RINES, an individual; ONLINE TURBO MERCHANT, INC., a corporation; and ODYSSEUS MARKETING, INC., a corporation,<br><br>Defendants. | CASE NO. CV-07-1929 ABC (AGRx)<br><br>**AMENDED ORDER GRANTING PLAINTIFF MYSPACE, INC.'S MOTION FOR DEFAULT JUDGMENTS AGAINST DEFENDANTS SANFORD WALLACE AND WALTER RINES**<br><br>**Filed concurrently with:**<br>Notice of Errata<br><br>Date: May 12, 2008<br>Time: 10:00 a.m.<br>Ctrm: 680<br>Judge: Hon. Audrey B. Collins |

Plaintiff MySpace, Inc.'s ("MySpace") Motion For Default Judgments Against Defendants Sanford Wallace And Walter Rines came before the Court on May 12, 208, in courtroom 680, the Honorable Audrey B. Collins presiding. Having reviewed the moving and opposing papers and supporting declarations filed with the Court, and having heard the arguments of counsel, IT IS HEREBY ORDERED AND ADJUDGED THAT:

Default judgments are entered against defendants Sanford Wallace and Walter Rines as follows:

A.  [To be checked by the Court]

__X__ Statutory damages in the amount of $160,390,200 against Wallace and $223,777,500 against Rines, for violations of the CAN-SPAM Act ($160,390,200 in joint and several liability and an additional $63,387,300 against Rines).

[OR]

____ Liquidated damages in the amount of $70,731,700 against Wallace and $81,296,250 against Rines, for violations of MySpace's TOU Contract ($81,296,250 in joint and several liability and an additional $10,564,550 against Rines); plus punitive damages in the amount of $25,000,000 for unfair competition.

B.  Statutory damages in the amount of $1,500,000 are awarded against defendants for violations of California's anti-phishing statute, Cal. Bus. & Prof. Code § 22948.2.

C.  Attorneys' fees awarded against defendants in an amount that equals to $4,509,150, as calculated pursuant to the formula prescribed by Local Rule 55-3 ($5,600 plus 2% of the amount over $100,000); plus costs of suit.

D.  A permanent injunction against defendants, as follows:

The Court ENJOINS defendants Sanford Wallace and Walter Rines (collectively "defendants") and their agents, servants, employees, representatives, and all other persons or entities acting on defendants' behalf or in concert or participation with defendants, from:

(1) accessing or using the MySpace.com website, MySpace Internet messaging service and/or any other services offered by or through MySpace (the "MySpace Service") to directly or indirectly send or transmit any electronic communications, emails or instant messages to any MySpace user or MySpace account or to post comments or bulletins;

(2) establishing or maintaining MySpace profiles or accounts;

(3) using the MySpace Service for a commercial purpose;

(4) referring to MySpace in connection with any unsolicited commercial electronic communication, email or instant message, in any way that falsely or fraudulently suggests that such message was approved by, generated by, or is in any way affiliated with MySpace;

(5) using any MySpace logo or using any graphic, interface, or other presentation that approximates or resembles the MySpace.com log-in page to mislead users into believing that they are logging onto their MySpace.com accounts rather than providing defendants with their username and password;

(6) inducing a MySpace user to provide MySpace identifying information, including MySpace account information such as a username and/or password, without first informing the user the defendants are not affiliated with or sanctioned by MySpace and without obtaining fully informed, knowing, and voluntary consent through a separate affirmative step by the user;

(7) using any automated scripts, bots, or other executable programs in connection with any MySpace account or the MySpace Service or providing such programs to third parties for use on the MySpace Service; and

(8) encouraging, facilitating, enabling or inducing any person or entity to do any of the above.

DATED: May 29, 2008

By: *Audrey B. Collins*

Honorable Audrey B. Collins
United States District Judge

Submitted by:

GREENBERG TRAURIG LLP

By_____
IAN C. BALLON
WENDY M. MANTELL
LORI CHANG

Attorneys for Plaintiff
MYSPACE, INC.

[PROPOSED] AMENDED ORDER GRANTING MYSPACE'S
MOTION FOR DEFAULT JUDGMENTS AGAINST DEFENDANTS